FILED

UNITED STATES DISTRICT COURT 2008 FEB 12 AM 9:45

FOR THE NORTHERN DISTRICT OF CALIFORNIA
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY _____NL_____

| U2 Home Entertainment, Inc. | **CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT** |
|---|---|
| v. | 2: MC08-32 |
| Sunlight Music (USA), et al. | CASE NUMBER:   C 06 7357 JW RS |

I, Richard W. Wieking, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on _May 4, 2007_ as it appears in the records of this court, and that
                                                                                    date

no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court

JAN 2 8 2008
Date

Richard W. Wieking
Clerk

(By) Deputy Clerk
Tiffany Salinas-Harwell

*Insert the appropriate language: . . ."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." . . . "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." . . ."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." . . ."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App.P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U2 Home Entertainment, Inc., et al., | NO. C 06-07357 JW |
| Plaintiffs, | **JUDGMENT AND PERMANENT INJUNCTION** |
| v. | |
| Sunlight Music, et al., | |
| Defendants. | |

Pursuant to the Court's May 4, 2007 Order Granting Plaintiffs' Motion for Entry of Default Judgment, judgment is entered in favor of Plaintiffs U2 Home Entertainment, Inc. doing business as New Image Audio & Video, Century Home Entertainment, Tai Seng Entertainment, against Defendants Sunlight Music (USA), Sunlight Music (USA), Inc., Chinatown Music & Books, and Chinatown Music & Books, Inc.

Judgment is entered in the amount of $171,719.50 which represents $150,000 for damages, and $21,719.50 for attorney fees and costs. The Clerk shall release the $2500 bond submitted by Plaintiffs.

Defendants are enjoined as follows:

> Defendants Sunlight Music (USA), Sunlight Music (USA), Inc., Chinatown Music & Books, and Chinatown Music & Books, Inc. are permanently enjoined from any acts which would constitute direct or contributory infringement of Plaintiffs' copyrighted programs.

Dated: May 4, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Elizabeth Juliana Rest elizabeth.rest@idellseitel.com
Richard J. Idell richard.idell@idellseitel.com

| Dated: May 4, 2007 | Richard W. Wieking, Clerk |
|---|---|
| | By: /s/ JW Chambers |
| | Elizabeth Garcia |
| | Courtroom Deputy |

United States District Court
For the Northern District of California

AO 451 (Rev. 12/93) Certification of Judgment

FILED 2008 FEB 12 AM 9:45

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

BY _____ NL

U2 Home Entertainment, Inc.

v.

Sunlight Music (USA), et al.

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

2:MC08-32

CASE NUMBER: C 06 7357 JW RS

I, Richard W. Wieking, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on May 4, 2007 as it appears in the records of this court, and that

*date*

no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of this Court

JAN 2 8 2008

*Date*

Richard W. Wieking
*Clerk*

(By) Deputy Clerk
Tiffany Salinas-Harwell

*Insert the appropriate language: . . ."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." . . . "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." . . ."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." . . ."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App.P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

```
2/12/2008 10:56:41 AM   Receipt #: 104291
        Cashier : ABELLAMY [LA 1-1]
Paid by: IDELL AND SEITEL LLP
2:MC08-00032
2008-086900      Indexing Misc. paper(1)
Amount :                          $20.00
2:MC08-00032
2008-510000    Judicial Services ($19)(1)
Amount :                          $19.00
Check Payment : 31135 /            39.00
Total Payment :                    39.00
```